UNITED STATES GOVERNMENT

# memorandum

| | |
|---|---|
| DATE: | June 23, 2023 |
| FROM: | John A. Fulford<br>U.S. Probation Officer |
| SUBJECT: | Keshia Robbins<br>Crim. No. 3:18-CR-00061-001(CAR)<br>**<u>Expiration of Supervision with an Outstanding Debt</u>** |
| TO: | C. Ashley Royal<br>Senior U.S. District Judge |

Keshia Robbins has an upcoming supervised release expiration date of August 27, 2023. Robbins has an outstanding debt, but we are requesting that she be allowed to discharge with the understanding that her obligation to pay is not alleviated.

Keshia Robbins was sentenced on April 10, 2019, to 18 months imprisonment followed by three years supervised release for the offense of Conspiracy to Commit Bank Theft, Embezzlement, or Misapplication in violation of 18 U.S.C. § 371 i/c/w 18 U.S.C. § 656. Restitution in the amount of $298,305.23 was ordered to be paid jointly and severally. The outstanding debt amount is $281,405.01.

Ms. Robbins began her term of supervised release on August 28, 2020. Since her release, Robbins has been employed at Franks Chiropractic Life Center in Greensboro, Georgia. Robbins is currently two months in arrears on her monthly payments of $200 and has agreed to pay arrears by the end of June.

The Financial Litigation Unit of the U.S. Attorney's Office has been provided with an update on Robbins which includes her financial status and contact information. They have no objections to her being allowed to discharge with an outstanding debt, and they will continue collection efforts following her expiration. Their office has informed Robbins that her monthly payments will be increased to $250 monthly.

If the Court concurs, please note below.

*/s/ John A. Fulford*

John A. Fulford
U.S. Probation Officer

JAF/jaf

Read and Approved:

*/s/ Todd D. Garrett*        June 23, 2023
Todd D. Garrett              Date
Supervising U.S. Probation Officer

RE: Keshia Robbins                                                                                   Page 2
      3:18-CR-00061-001(CAR)

**Court Action:**

      ✓    Concur

          Do Not Concur

_____     _26 Jun 2023_
C. Ashley Royal                        Date
Senior U.S. District Judge

◈ GAM 35  
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  3:20-CR-46-002(CAR) |
| **ALYSSA NIX** | |

On April 13, 2022, the probation period of 24 months commenced. Alyssa Nix has complied with the rules and regulations of probation, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Alyssa Nix be discharged from supervision.

Respectfully submitted,

*Erica Simpson*
Erica D. Simpson
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26__ day of __June__, 2023.

*C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE